# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Maira Maldonado, | No. CV-15-594-TUC-FRZ |
| Plaintiff, | **ORDER** |
| v. | |
| Fidelity Care Home Incorporated, et al., | |
| Defendants. | |

The parties in this action filed this date a Joint Motion for Approval of Settlement Agreement and Order for Dismissal of Claims with Prejudice with a copy of the executed Settlement Agreement for the Court's consideration. Upon review of the Joint Motion and proposed Settlement Agreement and Release, and a finding of good cause therefore,

IT IS ORDERED that this case is hereby dismissed, with prejudice; each party to bear their respective attorneys' fees and costs.

Dated this 23rd day of March, 2016.

Frank R. Zapata
Senior United States District Judge